■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BROWN, Appellant. [715 NYS2d 861] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 3, 1999 (*People v Brown,* 261 AD2d 410), affirming a judgment of the County Court, Suffolk County, rendered June 13, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Friedmann, McGinity and Smith, JJ., concur.